IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03498–MSK–KMT

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

v.

TRANE U.S. INC. d/b/a AMERICAN STANDARD,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Correct Party Name and Case Caption" (Doc. No. 16, filed Feb. 13, 2014) is GRANTED.  The Clerk of Court is directed to amend the caption by substituting "AS America, Inc. d/b/a American Standard Brands f/k/a American Standard Companies, Inc." for "Trane U.S. Inc. d/b/a America Standard."

Dated:  February 25, 2014