IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03498-MSK-KMT

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

v.

AS AMERICA, INC., d/b/a American Standard Brands, f/k/a American Standard Companies, Inc.,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#26)** filed December 2, 2014.  Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED.  Any and all claims asserted by Plaintiff against Defendant AS America, Inc., d/b/a American Standards Brands, f/k/a American Standard Companies, Inc. are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 3rd day of December, 2014.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Court